# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**STEPHANIE LOWRY**                                                       **PLAINTIFF**

**V.**                      **CAUSE NO.: 1:09CV170-SA-JAD**

**LUKE SPEED**                                                           **DEFENDANT**

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

The Court takes up, *sua sponte*, the dismissal of this case. The Clerk of Court has served on the Plaintiff three notices of incomplete process as to the Defendant. The Court issued an Order to Show Cause on February 23, 2010, as to why this case should not be dismissed for failure to prosecute. The Plaintiff did not respond.

As such, this case is hereby **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the Court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED,** this the   17th   day of March 2010.

                                                                              **/s/ Sharion Aycock**
                                                                              **U.S. DISTRICT JUDGE**